Harry WOODWARD, Appellant, v. Clinton P. ANDERSON, Secretary of Agriculture, Appellee.

No. 11495.

Circuit Court of Appeals, Ninth Circuit.

April 23, 1947.

B. G. Skualson, of Portland, Or., for appellant.

Hyman Smollar, Chief, Lit. Branch, Sugar Enf. Div. U. S. Dept. of Agriculture, of Washington, D. C., George H. Layman, Atty., of Newberg, Or., and J. J. Schalet Atty., of Washington, D. C., for appellee.

Before M A T H E W S, H E A L Y, and BONE, Circuit Judges.

PER CURIAM.

The judgment of the District Court, 72 F.Supp. 90, is affirmed.